1
2
3
4
5

6         IN THE UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                    SAN JOSE DIVISION

9

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | No. CR 08-00585 JF |
| 11           Plaintiff, | ) ) ) | **[PROPOSED]** **ORDER** CONTINUING HEARING TO FEBRUARY 17, 2011 |
| 12  vs. | ) ) | |
| 13  ABRAHAM ALI GOBAH, | ) ) | |
| 14           Defendant. | ) ) | |
| 15  _____ | ) | |

16     Good cause appearing, and by stipulation of the parties in the above-captioned matter, it

17 is hereby ordered that the hearing shall be continued from January 6, 2011 to February 17, 2011,

18 at 9:00 A.M., and further ordered that the period of delay from January 6, 2011 through and

19 including February 17, 2011, is excluded for purposes of Title 18, United States Code, Sections

20 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

21

22     IT IS SO ORDERED.

23 Dated: __1/3/11_____, ~~2010~~

24                                         _____
                                            HONORABLE JEREMY FOGEL
25                                          United States District Judge

26

ORDER CONTINUING HEARING
No. CR 08-00585 JF                    1