BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant GOBAH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ABRAHAM ALI GOBAH,<br><br>             Defendant. | No. CR 08-00585-JF<br><br>[PROPOSED] ORDER CONTINUING THE STATUS HEARING FROM FEBRUARY 17, 2011 TO MARCH 31, 2011 |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from February 17, 2011, to March 31, 2011, at 9:00 a.m. .  It is further ordered that the period of delay from February 17, 2011, to and including March 31, 2011, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: February __14__, 2011

_____
HONORABLE JEREMY FOGEL,
United States District Judge

ORDER CONTINUING HEARING
No. CR 08-00585-JF                                       1