1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant GOBAH

6

7                 IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,          )   No. CR 08-00585-JF
                                       )
12              Plaintiff,             )   [PROPOSED] ORDER CONTINUING THE
                                       )   STATUS HEARING FROM MARCH 31,
13  v.                                 )   2011 TO APRIL 21, 2011
                                       )
14  ABRAHAM ALI GOBAH,                 )
                                       )
15              Defendant.             )
                                       )
16  _____)

17

18          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

19  conference hearing in the above-captioned matter shall be continued from March 31, 2011, to

20  April 21, 2011, at 9:00 a.m. .  It is further ordered that the period of delay from March 31, 2011,

21  to and including April 21, 2011, be excluded for purposes of Speedy Trial Act computations

22  pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

23  Dated: March 29, 2011

24  _____
    HONORABLE JEREMY FOGEL,
25  United States District Judge

26