IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ABRAHAM ALI GOBAH,<br><br>    Defendant. | No. CR 08-00585-JF<br><br>[PROPOSED] ORDER CONTINUING THE STATUS HEARING FROM APRIL 21, 2011 TO MAY 26, 2011 |

    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from April 21, 2011, to May 26, 2011, at 9:00 a.m. . It is further ordered that the period of delay from April 21, 2011, to and including May 26, 2011, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: April __18__, 2011

                                                   _____<br>
                                                 HONORABLE JEREMY FOGEL,<br>
                                                 United States District Judge