1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GOBAH

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,          )     No. CR 08-00585-JF
12                                     )
                    Plaintiff,         )     [PROPOSED] ORDER CONTINUING
13                                     )     THE STATUS HEARING FROM
   v.                                  )     JUNE 9, 2011 TO JUNE 30, 2011
14                                     )
   ABRAHAM ALI GOBAH,                  )
15                                     )
                    Defendant.         )
16                                     )
   _____)
17

18        Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

19  conference hearing in the above-captioned matter shall be continued from June 9, 2011, to

20  June 30, 2011, at 9:00 a.m.  It is further ordered that the period of delay from May 26, 2011,

21  through and including June 30, 2011, be excluded for purposes of Speedy Trial Act computations

22  pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).
                    June 8
23  Dated: May _____, 2011

24                                        _____
                                          HONORABLE JEREMY FOGEL,
25                                        United States District Judge

26

ORDER CONTINUING HEARING
No. CR 08-00585-JF                          1